**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

UNITED STATES OF AMERICA,        :

        :

v.        :    CASE NO.: 1:26-CR-1 (LAG)(ALS)

        :

LUIS MARIO MENDEZ-SANTIZO,        :

        :

    Defendant.        :

        :

## <u>ORDER</u>

Before the Court is Defendant Luis Mario Mendez-Santizo' Unopposed Motion to Continue Trial in the Interest of Justice (Motion). (Doc. 30). Therein, Defendant moves to continue the pretrial conference and trial in this matter, currently set for February 26, 2026, and March 9, 2026, respectively. (*Id.* at 1; Doc. 20).

On January 13, 2026, Defendant Luis Mario Mendez-Santizo was charged with one count of transportation of a minor, and one count of attempted use of facilities in interstate and foreign commerce to transmit information about a minor. (Doc. 17). Defendant made his initial appearance on February 12, 2026, pleaded not guilty, was ordered detained, and was remanded to the custody of the U.S Marshals Service. (Docs. 22, 24, 25). On January 29, 2026, the Court scheduled Defendant's pretrial conference and trial for February 26, 2026 and March 9, 2026, respectively. (Doc. 20). Defendant filed the subject Motion on February 23, 2026. (Doc. 30). Therein, Defendant represents that Defense Counsel needs additional time to review the government's discovery and make an informed decision regarding the next steps in the resolution of this matter. (Doc. 30 at 2). The Government does not oppose Defendant's Motion. (*Id.*).

Upon due consideration, the Court finds that the "ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that failing to grant a continuance would result in a miscarriage of justice and deny Defendant's Counsel the

reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). Accordingly, Defendant's Motion (Doc. 30) is **GRANTED**, and the delay occasioned by this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is hereby **ORDERED** that the pretrial conference and trial in the above-captioned matter shall be **CONTINUED** to a date to be determined later. The deadlines in the Court's January 29, 2026 Scheduling Order (Doc. 20) are hereby terminated, and a new scheduling order will be forthcoming.

**SO ORDERED**, this 23rd day of February, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**